Opinion issued September 29, 2011.



In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-11-00684-CV

———————————

In re KC Greenhouse Patio Apartments, LP, Relator



 



 

Original Proceeding on
Petition for Writ of Mandamus



 



 

MEMORANDUM OPINION

          In
this original proceeding, KC Greenhouse Patio Apartments, LP challenges the
trial court’s order appointing a guardian ad litem to determine whether a
conflict of interests exists between real party in interest Kendra Brooks, a
minor, and her next friend, Shardae Redman.[1] We deny the petition for
writ of mandamus.

                                                          PER
CURIAM 

 

Panel
consists of Justices Jennings, Brown, and Huddle.

 

 











[1]
          The underlying case is Thomas et al. v. KC Greenhouse Patio
Apartments, LP et al.,  No.
2009-46107 in the 129th District Court of Harris County, Texas, the Honorable
Michael Gomez presiding.